PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4803
    Facsimile: (415) 744-0134
    E-Mail: Andrea.Banks@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PEREZ RUBIO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-01795-EPG<br><br>ORDER REGARDING REQUEST FOR A FIRST EXTENSION TO FILE DEFENDANT'S ANSWER AND THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD<br><br>(ECF No. 13). |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 28 day extension of time to file Defendant's Electronic Certified Administrative Record (eCAR) and Answer to Plaintiff's Complaint by July 28, 2022. On June 27, 2022, the undersigned counsel for the Commissioner has confirmed this case is in line to be processed by the agency but the process is still not completed. More time is needed for the agency to respond to Plaintiff's complaint.

Defendant respectfully requests a 28 day extension in which to respond to the Complaint until July 28, 2022. On June 27, 2022, Defendant contacted Plaintiff's counsel about this

1  extension request and Plaintiff's counsel does not oppose the extension.

2

3                                              PHILLIP A. TALBERT
                                               United States Attorney
4
   DATED: June 27, 2022           By:   /s/ *Andrea Banks*
5                                        Special Assistant United States Attorney
                                         Attorneys for Defendant
6

# **ORDER**

Pursuant to Defendant's motion[1] (ECF No. 11), which Defendant represents is unopposed, IT IS ORDERED that Defendant shall have until July 28, 2022, to file the certified administrative record and to file a response to the complaint. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **June 28, 2022**        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[1] While Defendant submits the filing as a "stipulation," the filing is not signed by Plaintiff's counsel. Accordingly, the Court treats the filing as a motion.